DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DOMINIC GRACI** and **STEPHANIE GRACI,**
Appellants,

v.

**CITIBANK, N.A.,** as Trustee for **AMERICAN HOME MORTGAGE ASSETS TRUST 2006-4 MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-4,**
Appellee.

No. 4D21-2302

[February 16, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Paige Hardy Gillman, Judge; 502018CA008256.

Jeff Barnes of W.J. Barnes, P.A., Boca Raton, for appellants.

Kimberly S. Mello and Arda Goker of Greenberg Traurig, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***